**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01080-CV
_____

## IN RE CAROLINA I. ZEVALLOS, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 311th District Court
### Harris County, Texas
### Trial Court Cause No. 2002-53178

---

## O R D E R

On December 15, 2011, relator, Carolina I. Zavallos, filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order The Honorable Denise Pratt, Judge of the 311th District Court, Harris County, Texas, to set aside portions of her order dated December 1, 2011, entered in trial court cause number 2002-53178, styled *In the Interest of C. M. G., Minor Child*. Relator claims the Order of Enforcement of Possession Order by Contempt and Suspension of Commitment is void.

Relator filed a motion for emergency relief asking this court to suspend the provisions of the Order of Enforcement of Possession Order by Contempt and Suspension

of Commitment that grant real party in interest Angel J. Gomez a period of possession for the Christmas, 2011 holiday.

It appears from the facts stated in the petition that relator's request for relief requires further consideration.

We DENY relator's motion for emergency stay of the temporary orders addressing Christmas, 2011 possession of the child. We further ORDER that the contempt order of the court below be stayed with respect to those portions which order criminal contempt punishment and commitment in the Harris County Jail in trial court cause number 2002-53178, styled *In the Interest of C. M. G., Minor Child*. The commitment portion of the trial court's order is stayed until final decision by this court of relator's petition for writ of mandamus, or until further orders of this court.

The court further requests that real party in interest Angel J. Gomez file a response to relator's petition on or before **January 3, 2012**.


PER CURIAM

2